41,516-03

IN AND FOR THE JUDICIAL DISTRICT COURT

66TH DISTRICT HILL-COUNTY

HILLSBORO TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS
OCT 12 2015
Abel Acosta, Clerk

. . . . . . . . . . . .

DEWAYNE DOUGLAS WILLIS A. APPEALS 36,355-B [66388]

03/16/15: Writ Of Habeas Corpus [F/M]

Cert Mail Filed 03/16/15 102 Days

. . . . . . . . . . . . . . . . . . . . .

THEREAFTER, On 5/28/2015, WILLIS DEWAYNE DOUGLAS, Tr. Ct. No. 36,355, Filed with this Court, under WR-41,516-03, the original application for writ of mandamus;

. . . . . . . . . . . . . . . . . . . . .

IN THE COURT OF CRIMINAL APPEALS
OF TEXAS

NO. WR-41,516-03

Per curiam.

THE TEXAS COURT OF CRIMINAL APPEALS HANDED
DOWN AN ORDER, AS TO THE RELATOR'S MOTION FOR
FOR LEAVE TO FILE A WRIT OF MANDAMUS PURSUANT TO
THE ORIGINAL JURISDICTION OF THE COURT, AS TO MORE
THAN 35 DAYS HAD ELAPSED AND APPLICATION HAD NOT YET
BEEN FORWARDED TO THE COURT OF APPEALS:

On June the 17th, 2015, this Honorable Court, noted that the writ of mandamus is to be held in abeyance until Resspondent has submitted the appropriate response. Moreover that response were to be submitted within 30 days of the date of this order. Filed: June 17, 2015.

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

ON SEPTEMBER 18, 2015--- HONORABLE CLERK ABEL ACOSTA
REQUESTED ACTION TO BE TAKEN

See Honorable Abel Acosta, Clerk, CCA No. WR-41,516-03, informing the Hon. District Court Clerk, of Hill-County Box 634 Hillsboro, Texas 76645;

That a copy of said order is available on OUR website under,under the above referenced writ number.
To date no response to this order has been received.

The Hon. Clerk went on to say: Please take action within the next ten (10) days to explain why you have not complied with the order of June 17, 2015.

WHEREFORE, AND THEREAFTER, Relator, Dewayne Douglas Willis, as Ex Parte, now request of this Honorable Court of Criminal Appeals, to order an Evidentiary Hearing to be conducted as the original jurisdiction would require, as no timely order on

were filed with this Honorable Court, as ordered by this Court, in doing so, by submitting the record on the habeas corpus application, as such issues to be investigated;

Relator, only received, from the Hon. Angela Orr, District Clerk, Hill-County Friday MAY 22, 2015, at 10:35 AM

Relator, by and through pro-se, request of this Honorable Court of Criminal Appeals, that the Hill-County District Court Clerk Annette M. Nors, noted that the writ has been filed with Austin 09:54 AM 06/26/2015.

Realtor, is respectfully requesting this Honorable Court of Appeals, based on the trial Court and District Attorney's Office has declined to respond within 35 days pursuant to Art 11.07 TCCP, which is now requested, that all issues be investigated as was in McCree v. Hampton, 824 S.W.2d 578, 579 (Tex. Crim.App. 1992).

WHEREFORE, it is requested and prayed for that the Honorable Court, will construe the request liberally as to the requirement's .., in all things granted by and through an evidentiary hearing, instructed by this Honorable Court.

Signed on this __8__ day of __October__, 20__15__.

Respectfully Submitted

_DeWAyne Willis_

Relator's Signature

CERTIFICATE OF SERVICE

I, DEWAYNE DOUGLAS WILLIS, by and through pro-se, hereby certify that a true and correct copy of this Motion Pursuant to the Court taking original jurisdiction as to more than 165 days elapsed as to forwarding the application for 11.07 Writ of Habeas Corpus, a copy hereto, is being sent to the Hon. Clerk's Office, Hill-County, Box 634 Hillsboro, Texas 76645

Signed on this __8__ day of __October__, 20__15__.

Respectfully Submitted

_DeWAyne Willis_

CC. D.D.W.